NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MICHAEL S SUTTON LIMITED,**
*Plaintiff-Appellant,*

**v.**

**NOKIA CORPORATION and NOKIA INC.,**
*Defendant-Appellees.*

---

2010-1218

---

Appeal from the United States District Court for the Eastern District of Texas in Case No. 07-CV-0203, Judge Leonard Davis.

---

**JUDGMENT**

---

TIMOTHY W. JOHNSON, Matthews, Lawson & Johnson, PLLC, of Houston, Texas, argued for plaintiff-appellant. With him on the brief were GUY E. MATTHEWS and C. VERNON LAWSON. Of counsel was ANDY TINDEL and GUY G. FISHER, Provost Umphrey Law Firm, of Beaumont, Texas; and JIMMY M. NEGEM, Negem, Bickham & Worthington, of Tyler, Texas.

DARYL L. JOSEFFER, King & Spalding, LLP, of Washington, DC, argued for defendant-appellee. With him on the brief were PAUL D. CLEMENT and ADAM M. CONRAD; and ALEXAS D. SKUCAS and MARK H. FRANCIS, of New York, New York.

―――――――――――――

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, DYK, *Circuit Judges and* WHYTE*, District Judge**).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

December 15, 2010     /s/ Jan Horbaly
        Date                     Jan Horbaly
                                        Clerk

―――――――――――――

\*       Honorable Ronald M. Whyte, District Judge, United States District Court for the Northern District of California, sitting by designation.